ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Taunya Shilling

UNITED STATES DISTRICT COURT
EASTER DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAUNYA SHILLING, | ) | CASE NO. CV 24-01521-TLN(AC) |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND FIVE-HUNDRED DOLLARS and ZERO CENTS ($7,500.00), and Court costs in the amount of FOUR-HUNDRED FIVE DOLLARS and NO CENTS ($405.00), as authorized by 28

U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: December 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE